THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
BATTISTO SALVO, Appellant.

Argued November 18, 1937; decided December 7, 1937.

*Louis Susman* for appellant.

*Samuel J. Foley, District Attorney (Sol. Boneparth,
Herman J. Fliederblum* and *Edward F. Breslin* of counsel),
for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.